No. 01M17. Glass *v.* Garcia, Warden;
No. 01M20. Davis *v.* Pee Dee Coalition Against Domestic and Sexual Assault et al.; and

No. 01M21. OREGON STEEL MILLS, INC. *v.* INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL NO. 48 ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.